SEBASTIANA MARINO and CORRADO MARINO, Respondents, v. BROOKLYN CITY RAILROAD COMPANY and BROADWAY SUBWAY ADVERTISING COMPANY, INC., Appellants.— Judgment reversed on the law and the facts and a new trial granted, costs to abide the event. The testimony relative to the occurrence of the injuries, the effect thereof, and the amount of damages rendered, create such a doubt concerning the justice of the result reached as to require a new trial in the interest of justice. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

MAYFLOWER AMUSEMENT CORPORATION, Respondent, v. SAM KAPLAN, as President of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators Union of the United States and Canada, Local 306, an Unincorporated Association of Seven or More Members, Appellant.— Order of August 25, 1932, granting plaintiff's motion to amend the complaint, affirmed. Order of August 25, 1932, denying defendant's motion to dismiss the complaint, affirmed, with leave to defendant to answer within ten days. Order of July 5, 1932, granting injunction *pendente lite* reversed on the law and the facts and plaintiff's motion denied, on the ground that the affidavits used on the motion were insufficient to support the order in that they did not state facts showing that the signs carried by the pickets contained false or untruthful matter; and there was no sufficient proof that the picketing was accompanied by violence, threats or trespass; or that it was otherwise than peaceful and orderly. Leave is granted to plaintiff to renew its motion for a temporary injunction at Special Term, unless the defendant shall stipulate within ten days after the entry of the order herein and service of a copy thereof, that it will proceed to an immediate trial of the action waiving notice of trial, and shall in good faith proceed with the trial without delay. No costs of this appeal are allowed to either party. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

LENA MERETZKY, Respondent, v. WESTCHESTER TRUST COMPANY and JOSEPH WOLFF, Appellants.— As to defendant Westchester Trust Company, judgment and order reversed on the law and the facts and a new trial granted, with costs to abide the event, on the ground that prejudicial errors occurring on the trial and in the charge prevented the presentation of a clear question of fact for the jury to determine; and on the further ground that the verdict is against the weight of the evidence. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur. As to defendant Wolff, judgment and order reversed on the law and the facts and a new trial granted, costs to abide the event, on the first ground for reversal stated as to defendant Westchester Trust Company. Lazansky, P. J., Kapper and Davis, JJ., concur; Scudder and Tompkins, JJ., vote for reversal of the judgment and order and a reinstatement of the verdict.

PATRICK J. O'DONNELL, Appellant, v. KATHRYN O'DONNELL, Respondent.— Order modified by striking out the last paragraph thereof and as so modified affirmed, with ten dollars costs and disbursements to respondent. The question of plaintiff's contempt can be determined only on motion to punish for contempt after proof of his failure to comply with the terms of the order. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.